# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−4 | User: ldubois | Date Created: 7/31/2018 |
| Case: 18−35620−cgm | Form ID: 155new | Total: 50 |

**Recipients of Notice of Electronic Filing:**
ust    United States Trustee    USTPRegion02.PK.ECF@USDOJ.GOV
tr    Christian H. Dribusch    cdribusch@chdlaw.net
aty    Francis J. O'Reilly    foreilly@verizon.net

    TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Edward L Carrozza    27 Ryan Court    Mahopac, NY 10541
jdb    Kathleen E Carrozza    27 Ryan Court    Mahopac, NY 10541
smg    United States Attorney's Office    Southern District of New York    Attention: Tax & Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007
smg    N.Y. State Unemployment Insurance Fund    P.O. Box 551    Albany, NY 12201−551
7321841    ALLY FINANCIAL    PO BOX 380901    BLOOMINGTON, MN 55438
7321842    AMERICREDIT/GM FINANCIAL    ATTN: BANKRUPTCY    PO BOX 183853    ARLINGTON, TX 76096
7321843    BEST BUY CREDIT SERVICES    PO BOX 9001007    LOUISVILLE, KY 40290−1007
7321844    CAP1/DBARN    CAPITAL ONE RETAIL SRVS/ATTN: BANKRUPTCY    PO BOX 30258    SALT LAKE CITY, UT 84130
7321845    CAPITAL ONE    ATTN: BANKRUPTCY    PO BOX 30285    SALT LAKE CITY, UT 84130
7321846    CAPITAL ONE BANK (USA) N.A.    PO BOX 6492    CAROL STREAM, IL 60197−6492
7321847    CATHERINES/WFNNB    WFNNB/ATTN:BANKRUPTCY DEPT    PO BOX 182125    COLUMBUS, OH 43218
7321848    CHASE    ATTN: BANKRUPTCY    PO BOX 15298    WILMINGTON, DE 19850
7321849    CHASE CARD SERVICES    CORRESPONDENCE DEPT    PO BOX 15298    WILMINGTON, DE 19850
7321850    CITGO/SYNCB    PO BOX 530938    ATLANTA, GA 30353−0938
7321851    CITIBANK N.A.    PO BOX 688923    DES MOINES, IA 50368−8923
7321852    CITIBANK/BEST BUY    CENTRALIZED BANKRUPTCY    PO BOX 790034    ST LOUIS, MO 63179
7321853    CITIBANK/SEARS    CITIBANK CORP/CENTRALIZED BANKRUPTCY    PO BOX 790034    ST LOUIS, MO 63179
7321854    CITIBANK/THE HOME DEPOT    CENTRALIZED BANKRUPTCY    PO BOX 790034    ST LOUIS, MO 63179
7321855    CITIMORTGAGE    CITIMORTGAGE CORP    1000 TECHNOLOGY DR    O'FALLEN, MO 63368
7321856    CITIZENS BANK    1 CITIZENS DR    RIVERSIDE, RI 02915
7321857    COMENITY BANK/AVENUE    ATTN: BANKRUPTCY DEPT    PO BOX 182125    COLUMBUS, OH 43218
7321858    COMENITY BANK/CATHERINES    ATTN: BANKRUPTCY DEPT    PO BOX 182125    COLUMBUS, OH 43218
7321859    COMENITY BANK/LANE BRYANT    ATTN: BANKRUPTCY DEPT    PO BOX 18215    COLUMBUS, OH 43218
7321860    COMENITY BANK/LANE BRYANT    ATTN: BANKRUPTCY    PO BOX 182125    COLUMBUS, OH 43218
7321861    COMENITY BANK/ROAMANS    ATTN: BANKRUPTCY DEPT    PO BOX 182125    COLUMBUS, OH 43218
7321862    FORSTER & GARBUS LLP    60 MOTOR PARKWAY    COMMACK, NY 11725
7321863    GE BANK    P.O. BOX 965004    ORLANDO, FL 32896−0004
7321864    INTERNAL REVENUE SERVICE    PO BOX 9012    HOLTSVILLE, NY 11742−9012
7321865    JC PENNEY/SYNCHRONY BANK    P.O. BOX 960090    ORLANDO, FL 32896−0090
7321866    JH PORTFOLIO DEBT EQUITIES LLC    5757 PHANTOM DR.    #225    HAZELWOOD, MO 63042
7321867    JN PORTFOLIO DEBT EQUITIES, LLC    ATTN: BANKRUPTCY    5757 PHANTOM DR. STE 225    HAZELWOOD, MO 63042
7321868    KOHL'S PAYMENT CENTER    P.O. BOX 2983    MILWAUKEE, WI 53201−2983
7321869    KOHLS/CAPITAL ONE    KOHLS CREDIT    PO BOX 3120    MILWAUKEE, WI 53201
7321870    LEROYS JEWELERS    STERLING JEWELERS, INC/ATTN: BANKRUPTCY    PO BOX 1799    AKRON, OH 44309
7321871    MACY'S    PO BOX 78008    PHOENIX, AZ 85062−8008
7323052    PRA Receivables Management, LLC    PO Box 41021    Norfolk, VA 23541
7321872    SELIP & STYLIANOU, LLP    PO BOX 9001    WOODBURY, NY 11797−9001
7321873    SYNCB/CITGO    PO BOX 965060    ORLANDO, FL 32896
7321874    SYNCB/HOME DSGN FLOORC    ATTN: BANKRUPTCY    PO BOX 965060    ORLANDO, FL 32896
7321875    SYNCHRONY BANK/ HH GREGG    ATTN: BANKRUPTCY    PO BOX 965060    ORLANDO, FL 32896
7321876    SYNCHRONY BANK/ JC PENNEYS    ATTN: BANKRUPTCY DEPT    PO BOX 965060    ORLANDO, FL 32896

| | | | | |
|---|---|---|---|---|
| 7321877 | SYNCHRONY BANK/OLD NAVY | ATTN: BANKRUPTCY DEPT | PO BOX 965060 | ORLANDO, FL 32896 |
| 7321878 | THE HOME DEPOT CREDIT SERVICES | PO BOPX 9001010 | LOUISVILLE, KY 40290–1010 | |
| 7321879 | VISA DEPT STORE NATIONAL BANK/MACY'S | ATTN: BANKRUPTCY | PO BOX 8053 | MASON, OH 45040 |
| 7321880 | WELLS FARGO BANK | ATTN: BANKRUPTCY DEPT | PO BOX 6429 | GREENVILLE, SC 29606 |
| 7321881 | WELLS FARGO HOME MOR | ATTN: BANKRUPTCY | MAC X7801–014 3476 STATEVIEW BLVD | FORT MILL, SC 29715 |
| 7321882 | WELLS FARGO HOME MORTGAGE | PO BOX 10335 | DES MOINES, IA 50306 | |

TOTAL: 47